

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 FEB -2 P 2:40

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-22 |
| v. | * | SECTION: SECT. G MAG. 2 |
| JARROD CARTER | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Felon in Possession of a Firearm)

On or about January 2, 2023, in the Eastern District of Louisiana, the defendant, **JARROD CARTER**, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: a May 10, 2019 conviction in Orleans Parish Criminal District Court, Case Number 545490, for possession with intent to distribute 28 grams or less of cocaine, in violation of Louisiana Revised Statute 40:967(B)(1)(a), and possession of tramadol, in violation of Louisiana Revised Statute 40:969(C)(2); and a February 10, 2020 conviction in Orleans Parish Criminal District Court, Case Number 547820, for possession of a firearm by a convicted felon,

Fee USA
Process
X Dktd
CtRmDep
Doc.No.

in violation of Louisiana Revised Statute 14:95.1, did knowingly possess a firearm, to wit: a Springfield Armory, Saint Series, AR-15 style semi-automatic rifle, bearing serial number ST390763, said firearm having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Felon in Possession of Firearms)

On or about January 3, 2023, in the Eastern District of Louisiana, the defendant, **JARROD CARTER**, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: a May 10, 2019 conviction in Orleans Parish Criminal District Court, Case Number 545490, for possession with intent to distribute 28 grams or less of cocaine, in violation of Louisiana Revised Statute 40:967(B)(1)(a), and possession of tramadol, in violation of Louisiana Revised Statute 40:969(C)(2); and a February 10, 2020 conviction in Orleans Parish Criminal District Court, Case Number 547820, for possession of a firearm by a convicted felon, in violation of Louisiana Revised Statute 14:95.1, did knowingly possess firearms, to wit: a Taurus Millennium G2, .40 caliber semi-automatic pistol, with an obliterated serial number; and a Springfield Armory, Saint Series, AR-15 style semi-automatic rifle, bearing serial number ST390763, said firearms having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **JARROD CARTER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

> Taurus, Millennium G2, .40 caliber semi-automatic pistol, with an obliterated serial number;
>
> Springfield Armory, Saint Series, AR-15 style semi-automatic rifle, bearing serial number ST390763.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney

New Orleans, Louisiana
February 2, 2023

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**JARROD CARTER**

## INDICTMENT

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

VIOLATION: Title 18, U.S.C., Section 922(g)(1)
Title 18, U.S.C., Section 924(a)(8)

A true bill.

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

**DAVID HALLER**
Assistant United States Attorney